In The United States Bankruptcy Court Northern District of Illinois Eastern Division

Re: Tiesha Trice

Case #17-14679

Judge Pamela Hollis

Chapter 7

Tiesha Trier

Notice of Motion

To: See Attached Service List

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 23 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Please take notice that on February 2 at 10:00am or as soon thereafter as I may be heard, I shall appear before Honorable Judge Pamela Hollis or any other Bankruptcy Judge presiding in her place will County Court, Joliet City Hall 150 W Jefferson St, 2nd Fl Joliet IL 60432 and then and there present my motions.

Proof of Service

The undersigned does hereby certify that a copy of this notice and motion was delivered by means of _____U.S Mail_____ to the persons listed above at their respective addresses on or before January 25th 2018.

Tiesha Trice

~~United States Bankruptcy Court~~
~~Northern District~~ of ~~Illinois~~ Eastern Division

Re: Tiesha Tree

Case # ~~#~~ 17-14679
Judge Pamela Hollis
Chapter 7

Tiesha

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 23 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Motion to Re open Proceeding
and to waive Re-opening fees

Now Comes, Debtor Tiesha Tree, Pro Se, and moves this Honorable Court to Reopen Debtor's Chapter 7 case in order to file a ~~certificate of debtor~~ & Schedule A/B Property, in support thereof states as follows.

Wherefore ~~Debtor~~ Debtor pray that this Honorable Court Reopens Debtor's case to allow debtor to file an updated Schedule A/B Property and provide a discharge of debts

Respectfully submitted
Tiesha Tr—

312-488-7964

```
)bel matrix for local noticing         U.S. Bankruptcy Court              Aio Credit
752-1                                   Eastern Division                  1700 W. Cortland St.
ise 17-14679                            219 S Dearborn                    Chicago, IL 60622-1131
)rthern District of Illinois            7th Floor
iicago                                  Chicago, IL 60604-1702
u Jul 27 16:17:23 CDT 2017

lied Interstate                         Annedreka Coleman                 Brittany Woods
25 W. Campus Rd                         10220 S. 76th Ave Room 121        14 W. Jefferson St.
w Albany, OH 43054-1121                 Bridgeview, IL 60455-2467         Joliet, IL 60432-4300



sh Mart                                 Check into Cash                   Check n Go
503 S. Western Ave                      2378 172nd St.                    18226 S. Kedzie
icago, IL 60643-2527                    Lansing, IL 60438-6002            Hazel Crest, IL 60429-2304



tizen Bank                              Comcast                           Commonwealth Edison Co
Citizen Dr.                             41112 Concept Dr                  3 Lincoln Center
verside, RI 02915-3000                  Plymouth MI 48170-4253            Attn: Bankruptcy Section
                                                                          Oak Brook Terrace IL 60181-4204


edit Protection Association             Darnell A Sandifer                David Siegal
35 Noel Rd Ste. 2100                    16501 S. Kedzie, Room 119         790 Chaddick Dr.
llas, TX 75240                          Markham, IL 60428-5548            Wheeling, IL 60090-6005



pt. of ED/Navient                       Everett College-Merrionette Park  Fifth Third Bank
 Box 9635                               11560 S. Kedzie                   ! North Wacker
lkes-Barre, PA 18773-9635               Alsip, IL 60803-4517              Chicago, IL 60606



eater Suburban Acceptance               IL Title Loan                     JRL Properities
45 Ogden Ave                            PO Box 123                        16501 S. Kedzie
wners Grove, IL 60515-2736              Chicago, IL 60607                 Markham, IL 60428-5509



myatte Cash                             MCSI Inc.                         NICOR Northern Illinois Gas
50 Gordon Dr.                           PO Box 327                        Attention Bankruptcy & Collections
ghland, IN 46322-2909                   Palos Heights, IL 60463-0327      PO Box 549
                                                                          Aurora IL 60507-0549


viet Solutions Inc.                     PLS                               Pathology Solution PC
100 USA Parkway                         628 W. 14th St.                   9201 Calumet Ave
shers, IN 46037-9203                    Chicago, IL 60411-2305            Munster, IN 46321-2807



blic Storage                            South Suburban College            (p)T MOBILE
09 Ogden Ave                            15800 South State St.             C O AMERICAN INFOSOURCE LP
sle, IL 60532-1508                      South Holland, IL 60473-1270      4515 N SANTA FE AVE
                                                                          OKLAHOMA CITY OK 73118-7901
```

F National Bank
0 Joliet Rd
llowbrook, IL 60527-5627

Village of Markham
16501 Kedzie
Markham, IL 60428-5509

Village of Richton Park
4455 W. Sauk Trail
Richton Park, IL 60471-1197

trick S Layng
fice of the U.S. Trustee, Region 11
9 S Dearborn St
om 873
icago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Tiesha Marie Trice
462 Tomahawk
Park Forest, IL 60466-2440

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mobile USA
B 53410
llevue WA 98015-3410

End of Label Matrix
Mailable recipients    35
Bypassed recipients     0
Total                  35