**Fill in this information to identify your case and this filing:**

Debtor 1   Tiesha Marie Trice
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number   17-14679

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 08 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____

City        State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
(see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____

City        State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
(see instructions)

Debtor 1 ___Tiesha Marie Trice_____        Case number (if known) 17-14679
     First Name    Middle Name    Last Name

---

1.3. _____

Street address, if available, or other description

_____

_____

City       State   ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................. ➝

$ _____

---

**Part 2:**  **Describe Your Vehicles**

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☐ Yes

3.1. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

If you own or have more than one, describe here:

3.2. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

---

Official Form 106A/B         Schedule A/B: Property         

Debtor 1   Tiesha Marie Trice
First Name   Middle Name   Last Name

Case number (if known) 17-14679

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................... ➔

$_____

Debtor 1    Tiesha Marie Trice
_____
First Name    Middle Name    Last Name

Case number *(if known)* 17-14679

---

**Part 3:**    **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☐ Yes. Describe.........    $_____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☐ Yes. Describe.........    $_____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe.........    $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe.........    $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe.........    $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe.........    $_____

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe.........    $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe.........    $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ............    $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................➔    $_____

Debtor 1    Tiesha Marie Trice
_____
First Name        Middle Name        Last Name

Case number (if known) 17-14679

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☐ Yes ..................................................................................................   Cash: ..................   $_____

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☐ Yes .....................   Institution name:

   17.1. Checking account:   _____   $_____
   17.2. Checking account:   _____   $_____
   17.3. Savings account:    _____   $_____
   17.4. Savings account:    _____   $_____
   17.5. Certificates of deposit:  _____   $_____
   17.6. Other financial account:  _____   $_____
   17.7. Other financial account:  _____   $_____
   17.8. Other financial account:  _____   $_____
   17.9. Other financial account:  _____   $_____

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☐ No
   ☐ Yes .................   Institution or issuer name:

   _____   $_____
   _____   $_____
   _____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No                      Name of entity:                           % of ownership:
   ☐ Yes. Give specific       _____   0%____%   $_____
      information about        _____   0%____%   $_____
      them.......................   _____   0%____%   $_____

Case number (if known)  17-14679

Debtor 1   Tiesha Marie Trice
           First Name   Middle Name   Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

❏ No
❏ Yes. Give specific        Issuer name:
   information about
   them.....................     _____   $_____
                                 _____   $_____
                                 _____   $_____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❏ No
❏ Yes. List each        Type of account:      Institution name:
   account separately.
                        401(k) or similar plan: _____   $_____
                        Pension plan:          _____   $_____
                        IRA:                   _____   $_____
                        Retirement account:    _____   $_____
                        Keogh:                 _____   $_____
                        Additional account:    _____   $_____
                        Additional account:    _____   $_____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

❏ No
❏ Yes .......................      Institution name or individual:
                        Electric:               _____   $_____
                        Gas:                    _____   $_____
                        Heating oil:            _____   $_____
                        Security deposit on rental unit: _____   $_____
                        Prepaid rent:           _____   $_____
                        Telephone:              _____   $_____
                        Water:                  _____   $_____
                        Rented furniture:       _____   $_____
                        Other:                  _____   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

❏ No
❏ Yes .......................      Issuer name and description:
                                 _____   $_____
                                 _____   $_____
                                 _____   $_____

Official Form 106A/B            Schedule A/B: Property                          page 6

Case number *(if known)* _17-14679_

Debtor 1    Tiesha Marie Trice
            First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☐ Yes ..................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☐ Yes. Give specific
    information about them....    | | $_____ |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☐ Yes. Give specific
    information about them....    | | $_____ |

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☐ Yes. Give specific
    information about them....    | | $_____ |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☐ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years. ...............

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☐ Yes. Give specific information......

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

☐ No
☐ Yes. Give specific information...............    | | $_____ |

Official Form 106A/B    Schedule A/B: Property    page 7

17-14679

Debtor 1   **Tiesha Marie Trice**
First Name   Middle Name   Last Name

Case number *(if known)*

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No
☐ Yes. Give specific information............   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ...............   SVT LLC dba Ultra Foods&Cleaning crew case # 2014 L 6230   $ unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
to set off claims**

☑ No
☐ Yes. Describe each claim. ...............   $_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...........   $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here** ....................................................................➔   $_____

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.   $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.   $_____

Official Form 106A/B                    Schedule A/B: Property                    page 8

Debtor 1    Tiesha Marie Trice

<u>First Name</u>    <u>Middle Name</u>    <u>Last Name</u>    Case number *(if known)* 17-14679

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe......    $_____

**41. Inventory**

☑ No
☐ Yes. Describe......    $_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe......    Name of entity:                    % of ownership:

_____    ____%    $_____
_____    ____%    $_____
_____    ____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe.......    $_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
information .........    _____    $_____
_____    $_____
_____    $_____
_____    $_____
_____    $_____
_____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ...............................................    →    $_____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes ...................    $_____

17-14679

Debtor 1    Tiesha Marie Trice

First Name    Middle Name    Last Name    Case number *(if known)*_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information. ........          $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes ...................          $_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes ...................          $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information. ........          $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
**for Part 6. Write that number here** ................................................................. ➔    $_____

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No
☐ Yes. Give specific
information. ........

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................... ➔    $_____

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................. ➔    $_____

56. **Part 2: Total vehicles, line 5**          $_____

57. **Part 3: Total personal and household items, line 15**          $_____

58. **Part 4: Total financial assets, line 36**          $_____

59. **Part 5: Total business-related property, line 45**          $_____

60. **Part 6: Total farm- and fishing-related property, line 52**          $_____

61. **Part 7: Total other property not listed, line 54**          + $_____

62. **Total personal property. Add lines 56 through 61.** ...................    $_____    Copy personal property total ➔   + $_____

63. **Total of all property on Schedule A/B. Add line 55 + line 62** ...............................................    $_____



Fill in this information to identify your case:

Debtor 1  Tiesha                    Trice
          First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number  17-14679
(If known)

☑ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: SVT LLC<br>Ultra Foods case # 2014 6288<br>Line from *Schedule A/B*: 33 | $ unknown | ☑ $ 10,000<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from *Schedule A/B*: ___ | $___ | ☐ $___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from *Schedule A/B*: ___ | $___ | ☐ $___<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  _Tresha_ _Trice_
           First Name   Middle Name   Last Name

Case number *(if known)* _17-14679_

## Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

| Fill in this information to identify your case: |
|---|

Debtor 1 _Tiesha_ _Trice_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Northern_ District of _Illinois_

Case number _17-14679_
(If known)

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 08 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _/s/ Tiesha Trice_          X _____
Signature of Debtor 1                Signature of Debtor 2

Date _2/8/2018_              Date _____
    MM / DD / YYYY                    MM / DD / YYYY