UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **TIESHA MARIE TRICE**, | Bankruptcy No. 17-14679 |
| Debtor. | Honorable Pamela S. Hollis |

## NOTICE OF MOTION

**Please take notice** that on **Friday, MARCH 16, 2018, at 10:00 A.M.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, on the 2nd Floor of the Joliet City Hall Building at 150 West Jefferson Street in Joliet, Illinois, and then and there shall present the *Trustee's Motion to Retain Special Counsel*, a copy of which is attached hereto and herewith served upon you.

Dated: March 13, 2018               **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **TIESHA MARIE TRICE,**

By: /s/ *Zane L. Zielinski*
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

## CERTIFICATE OF SERVICE

I, Zane L. Zielinski, an attorney, hereby certify that on March 13, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Trustee's Motion to Retain Special Counsel* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail.

/s/ *Zane L. Zielinski*

## SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov

**VIA Electronic Mail**

Tieshatrice9@gmail.com

**Tiesha Marie Trice**
462 Tomahawk
Park Forest, IL 60466

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **TIESHA MARIE TRICE**, | Bankruptcy No. 17-14679 |
| Debtor. | Honorable Pamela S. Hollis |

### TRUSTEE'S MOTION TO EMPLOY
### SPECIAL COUNSEL

**Zane L. Zielinski** ("Trustee"), not individually but as Chapter 7 Trustee of the bankruptcy estate of TIESHA MARIE TRICE (the "Debtor"), respectfully requests authority to retain Robert D. Fink and Collison Law Offices. (collectively, "Collison") as special counsel pursuant to 11 U.S.C. §§ 105(a), 327(e) and Rule 2014 of the Federal Rules of Bankruptcy Procedure retroactive to May 10, 2017, and in support of the requested relief, and relies on the Declaration of Robert D. Fink (the "*Fink Declaration*"), which is attached hereto as **Exhibit A**, and respectfully states and alleges as follows:

### PRELIMINARY STATEMENT

**The Debtor has contacted the Trustee consistently since his appointment asking the Trustee to get special counsel retained as soon as possible. The Trustee has filed this motion on short notice of three days by electronic notice at the request of the Debtor.**

**The Debtor is pro-se and wants her matter litigated as soon as possible, so she can get her $15,000 exemption as soon as possible.**

### JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "*Case*") and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## BACKGROUND

3. On May 10, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

4. On February 2, 2018, the Case was reopened, and the former Trustee resigned.

5. On February 7, 2018, Zane L. Zielinski is the duly appointed and qualified successor Chapter 7 Trustee.

6. Among the assets of the Estate is the Debtor's claims arising from an accident in a grocery store that occurred on or about August 7, 2012 (the "Litigation").

7. Prior to the bankruptcy filing, the Debtor retained Collison on a one-third contingency basis to pursue the Litigation prior to a lawsuit being filed, and a 40% contingency after a lawsuit being filed.

8. Subject to approval by this Court, the Trustee has agreed to retain Collison Firm to continue the prosecution of the Litigation on the same contingency basis that the Debtor had previous agreed to. Attached hereto as **Exhibit B** is Collison previous retainer agreement with the Debtor (the "Retainer Agreement").

9. **The Debtor is aware and has no objection to the Trustee continuing the Litigation for the benefit of the Debtor's creditors.**

## RELIEF SOUGHT

10. By this motion, the Trustee seeks authority to employ and retain Collison, as his special counsel, pursuant to 11 U.S.C. § 327(e), to prosecute the Litigation, on substantially the same terms as the Retainer Agreement.

## BASIS FOR RELIEF REQUESTED

11. Section 327(a) of the Bankruptcy Code provides that the trustee may, subject to court approval, employ attorneys that do not have any interest adverse to the Estate, and that are disinterested persons, as defined in 11 U.S.C. § 101(14).

12. Section 327(e) provides that the trustee may, subject to court approval, employ attorneys for a special purpose if it is in the best interest of the estate and the attorney does not have an interest adverse to the estate with respect to the matter for which employment is sought.

      13.    The Trustee submits that the Retainer Agreement is reasonable and customary in the industry. Therefore, in light of all of the foregoing, the Trustee requests that this Court grant him authority to employ Collison on the terms set forth herein.

      **Wherefore**, the Trustee respectfully requests that this court enter an order (i) authorizing the Trustee to retain Robert D. Fink and the Collison Law firm retroactive to May 10, 2917, and (ii) granting such other and further relief as this honorable Court deems necessary

Dated: March 13, 2018

    **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **TIESHA MARIE TRICE,**

    By: /s/ *Zane L. Zielinski*
    Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com